# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

John Anthony Moriarty Prendeville,

               Plaintiff

v.

The Honorable Natalie M. Cox,

               Defendant

Case No. 2:26-cv-00298-CDS-EJY

**Order Accepting Magistrate Judge's Report and Recommendation and Dismissing Petition for Writ of Mandamus with Prejudice**

[ECF Nos. 3, 4]

Plaintiff John Prendeville seeks an emergency writ of mandamus against Natalie M. Cox, a judge of the United States Bankruptcy Court for the District of Nevada. Pet., ECF No. 4. Because Prendeville applied to proceed *in forma pauperis*, U.S. Magistrate Judge Elayna J. Youchah screened his filing and issued a report and recommendation (R&R) of dismissal with prejudice. R&R, ECF No. 3. The R&R explains that "[l]ong standing case law makes clear that '[a] district court lacks authority to issue a writ of mandamus to another district court.'" *Id.* at 2 (quoting *Mullis v. U.S. Bankr. Ct. for Dist. of Nevada*, 828 F.2d 1385, 1388 (9th Cir. 1987) (citation omitted)).

Prendeville had until February 27, 2026, to file any objections to the R&R. ECF No. 3 at 3 (citing Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file specific written objections with supporting points and authorities within fourteen days)); *see also* 28 U.S.C. § 636(b)(1)(C) (same). Prendeville has neither objected to the R&R nor requested more time to do so. "No review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless review the magistrate judge's findings and agree with the analysis and conclusion. So I accept the R&R in full.

## Conclusion

IT IS HERBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 3] is accepted and adopted in its entirety.** This action is dismissed with prejudice.

The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case.

Dated: March 2, 2026

_____
Cristina D. Silva
United States District Judge

2